■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREA JACKSON, Appellant. [864 NYS2d 340]—Judgment unani-

mously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38 [1979]). (Appeal from Judgment of Cattaraugus County Court, Larry M. Himelein, J.—Forgery, 2nd Degree.) Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.